UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
LABORERS PENSION TRUST FUND - DETROIT & VICINITY;
LABORERS VACATION & HOLIDAY TRUST FUND - DETROIT & VICINITY;
LABORERS METROPOLITAN DETROIT HEALTH & WELFARE FUND;
LABORERS ANNUITY FUND - DETROIT & VICINITY; and the
MICHIGAN LABORERS TRAINING FUND, trust funds established under,
and administered pursuant to, federal law,

       Plaintiffs,                      CASE NO.    10-cv-10703
                                           HON.        Patrick J. Duggan

v.

JENKINS CONSTRUCTION, INC.
a domestic Michigan corporation,

       Defendant.
_____/

**STIPULATION TO
CONSENT ORDER DISMISSING CASE WITH PREJUDICE**

       The undersigned hereby stipulate to the entry of the attached Consent Order Dismissing Case

With Prejudice.

STIPULATED AND AGREED TO:

SACHS WALDMAN,            JAMES W. McGINNIS, P.C.
PROFESSIONAL CORPORATION

s/Amy Bachelder              s/ James W. McGinnis w perm AB
AMY BACHELDER (P26401)      JAMES W. McGINNIS (P29323)
Attorneys for Plaintiffs          Attorney for Defendant
1000 Farmer St.                985 E. Jefferson Ave., Suite 100
Detroit, MI 48226            Detroit, Michigan 48207
(313) 965-3464              (313) 446-9582
abachelder@sachswaldman.com   Email: d19a792@sbcglobal.net

Dated: August 12, 2010        Dated: August 12, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
LABORERS PENSION TRUST FUND - DETROIT & VICINITY;
LABORERS VACATION & HOLIDAY TRUST FUND - DETROIT & VICINITY;
LABORERS METROPOLITAN DETROIT HEALTH & WELFARE FUND;
LABORERS ANNUITY FUND - DETROIT & VICINITY; and the
MICHIGAN LABORERS TRAINING FUND, trust funds established under,
and administered pursuant to, federal law,

       Plaintiffs,                           CASE NO.     10-cv-10703
                                           HON.         Patrick J. Duggan

v.

JENKINS CONSTRUCTION, INC.
a domestic Michigan corporation,

       Defendant.
_____/

## CONSENT ORDER DISMISSING CASE WITH PREJUDICE

The parties having resolved this matter, and the Court being fully advised;

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs or

attorneys fees to either party and shall be administratively closed.

IT IS FURTHER ACKNOWLEDGED that this case and the dismissal of this case do not

address any claims by plaintiffs regarding amounts owing by defendant based on work performed

after the work months of April 2009 which claims shall be preserved.


                                       S/Patrick J. Duggan
                                        Patrick J. Duggan
                                        United States District Judge

Dated: August 12, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on
August 12, 2010, by electronic and/or ordinary mail.
                                        S/Marilyn Orem
                                        Case Manager